**THE LAW OFFICE OF**
**ELISA HYMAN, P.C.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2023

November 8, 2023

Hon. Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: November 8, 2023

*/s/ Stewart D. Aaron*

Re:   *F.C. v. NYCDOE, et al.*, 23-CV-9384 (JCR) (SDA)
      Letter Motion for Extension of Time

Dear Magistrate Judge Aaron:

    I am of counsel to The Law Office of Elisa Hyman, P.C. and write on behalf of Plaintiff in the above-referenced matter, pursuant to Judge Rochon's order dated October 26, 2023 (Dkt. No. 6). On or before November 9, 2023, the parties were ordered to write to the Court regarding a number of case-related issues. *Id.* However, to date, Defendants' counsel, The New York City Law Department, has yet to receive the case summons and/or assign an attorney to handle the litigation. Accordingly, I respectfully request an eleven-day extension of time until November 20, 2023, to allow the appointment of Defendants' counsel, sufficient time for the parties to meet and confer, and then to write to the Court as Judge Rochon ordered.

    No prior extension requests have been made in this matter.

    Thank you for your courtesies and consideration of this request.

Respectfully submitted,

*Laura D. Barbieri*

Laura D. Barbieri, Of Counsel
The Law Office of Elisa Hyman, P.C.
1115 Broadway, 12th Floor
New York, NY 10023
Direct: 914-819-3387
Lbarbieri@specialedattorney.com

cc:   Peter Farrell, Esq. (by email: pfarrell@law.nyc.gov)
      Chief, General Litigation Division
      New York City Department of Law